UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

IN THE MATTER OF AN APPLICATION FOR
A SEARCH WARRANT FOR:

                                            UNSEALING ORDER

THE PREMISES KNOWN AND DESCRIBED
AS 933 GRAND STREET, APARTMENT 1         Docket No. 15-M-0534
BROOKLYN, NY 11211


- - - - - - - - - - - - - - - -X


Upon the application of KELLY T. CURRIE, Acting United States Attorney for

the Eastern District of New York, by Assistant United States Attorney Mark E. Bini, for an

order unsealing the search warrant and underlying affidavit in the above-captioned matter.

WHEREFORE, it is ordered that the search warrant and underlying affidavit in

the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           July 6, 2015


                                       _____
                                       HONORABLE VIKTOR V. POHORELSKY
                                       UNITED STATES MAGISTRATE JUDGE
                                       EASTERN DISTRICT OF NEW YORK